■ DONALD T. DOCTOR, Appellant, v BURNADETTE T. SLOMA, Defendant, and SHIRLEY HELWIG-O'NEILL et al., Respondents. (Action No. 1.) BERNADETTE T. SLOMA et al., Plaintiffs, v DONALD T. DOCTOR et al., Appellants. (Action No. 2.) (Appeal No. 1.) [689 NYS2d 887] —Appeals unanimously dismissed without costs (*see, Loafin' Tree Rest. v Pardi* [appeal No. 1], 162 AD2d 985). (Appeals from Judgment and Order of Supreme Court, Cattaraugus County, Himelein, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Wisner, Pigot, Jr., and Hurlbutt, JJ.

■ DONALD T. DOCTOR, Appellant, v BERNADETTE T. SLOMA, Defendant, and SHIRLEY HELWIG-O'NEILL et al., Respondents. (Action No. 1.) BERNADETTE T. SLOMA et al., Respondents, v DONALD T. DOCTOR et al., Defendants, and FORD MOTOR CREDIT COMPANY, Appellant. (Action No. 2.) (Appeal No. 2.) [689 NYS2d 904] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Himelein, J. (Appeals from Order of Supreme Court, Cattaraugus County, Himelein, J.—Reargument.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Hurlbutt, JJ.